SEALED

AO 442 (Rev. 01/09 - VAW Additions - Indictment 5/11) Arrest Warrant

FID 9816823
1584-0528-2015-J

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Brittney Hooks<br><br>_____<br>Defendant | ) ) ) ) ) ) | Case No. 2:15CR00009 |

RECEIVED MAY [?] U.S. MARSHAL ABINGDON, VA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUL 13 2015
JULIA C. DUDLEY, CLERK
BY: a Blaylock
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Brittney Hooks,
who is accused of an offense or violation based on an indictment filed with the court.

This offense is briefly described as follows:

Count 3 - Providing Contraband - Marijuana
Count 4 - Providing Contraband - Methamphetamine
Count 5 - False Statements
Count 6 - Drug Trafficking - Marijuana
Count 7 - Drug Trafficking - Methamphetamine
Count 10 - Conspiracy to Possess Contraband

Date: 05/28/2015

Julia C. Dudley, Clerk
By: _Felicia L. Clark_
Deputy Clerk

City and state: Abingdon, Virginia

for Judge James P. Jones, U.S. District Judge
_Grand Jury Presiding Judge_

### Return

This warrant was received on (date) 5/28/15, and the person was arrested on (date) 7/6/2015
at (city and state) Birmingham, AL

Date: 7/07/2015

_Arresting officer's signature_

Dusm Satterwhite For
_Printed name and title_
FBI