AO98 (Revised 12/11 – VAWD Rev. 2/12) Appearance Bond

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 2:15CR00009 |
| ) | |
| Brittney Hooks ) | |
|           Defendant ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUL 20 2015
JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

## APPEARANCE BOND

### Defendant's Agreement

I, Brittney Hooks agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail to appear for all court proceedings, to comply with all conditions set forth in the Order Setting Conditions of Release, or, if convicted, fail to surrender to serve a sentence that the court may impose.

### Type of Bond

This is an unsecured bond in the amount of $25,000.00

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

Date: 07/20/2015

_____
Signature of defendant

CLERK OF COURT

Date: 07/20/2015

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 07/20/2015

_____
Signature of Judge