| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:15CR00009-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of Virginia | DIVISION Abingdon |
|---|---|---|
| Brittney Ryan Hooks<br>Northern District of Alabama - Birmingham | NAME OF SENTENCING JUDGE Honorable James P. Jones, U.S. District Court | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/26/2016 — TO 01/25/2018 |

OFFENSE
Possession with Intent to Distribute and Distribute Marijuana
Possession with Intent to Distribute and Distribute Methamphetamine

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
APR - 5 2016
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Virginia__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Alabama - Birmingham__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/26/16
_Date_

/s/ James P. Jones
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Alabama__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/3/2016
_Effective Date_

/s/
_United States District Judge_